UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK HUGHES,

        Plaintiff,                    Case No. 1:12-cv-141

v.

                                    Honorable Paul L. Maloney

UNKNOWN PART(Y)(IES),

        Defendant.
_____/

## **ORDER**

        This is a civil rights action brought by a prisoner pursuant to 42 U.S.C. § 1983. On March 8, 2012, the Court entered an order (docket #5) requiring Plaintiff to file an amended complaint on the form.[1] The Court allowed 28 days for Plaintiff to comply. Plaintiff was warned that if he failed to comply, the Court could dismiss his case for want of prosecution.

        More than 28 days have elapsed and the Court has not received an amended complaint or any other communication from Plaintiff. Because Plaintiff has wholly failed to comply with the Court's order, the Court will issue a judgment dismissing the case without prejudice for lack of prosecution. *See In re Alea*, 286 F.3d 378, 380-81 (6th Cir. 2002); *McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997).

        IT IS SO ORDERED.

Date:  April 30, 2012                                    /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     Chief United States District Judge

---

[1] After entering the order, the Court mailed it along with a copy of the form to an incorrect address. On March 13, 2012, the Court re-mailed the order and form to Plaintiff's last known address at the Montcalm County Jail.