UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

MARK HUGHES,

            Plaintiff,                Case No. 1:12-cv-141

v.

                                Honorable Paul L. Maloney

UNKNOWN PART(Y)(IES),

            Defendant.
_____/

## JUDGMENT

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice.  Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.


Date:   April 30, 2012                               /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               Chief United States District Judge